#0071390

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
NOV 26 2007
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE ELIZABETH STONE TRUST BY AND THROUGH ELIZABETH STONE, TRUSTEE; AND THE HS 97 TRUST, U/A/D 12/22/1997 BY AND THROUGH DR. PHILLIP S. STONE, TRUSTEE,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-822 L |

COMPLAINT

Comes now the Plaintiffs, by and through their attorney, William R. Mayo and for their cause of action allege and state as follows:

NATURE OF THE ACTION

1. Land owned by the Plaintiffs are located in Monroe County, Arkansas has been subjected to intermittent and recurrent flooding as a result of and by improper use of flood control devices and procedures utilized by the United States Corp of Engineers on the Arkansas White River System.

2. That the private real property of the Plaintiffs have been damaged particularly with respect to timbered lands as a result of a taking of private lands for public use without just compensation.

## JURISDICTION

3. This Court has jurisdiction over the subject matter of this action pursuant to the Tucker Act, 28 U.S.C Section 1491 (a) (1) and the Fifth Amendment to the United States Constitution based upon an unlawful taking of Plaintiffs' private property for public use by the Defendant without just compensation.

## PARTIES

4. That Plaintiff, The Elizabeth Stone Trust, by and through Elizabeth Stone as a fiduciary and trustee of the Elizabeth Stone Trust, is a citizen of the State of Arkansas and the United States.

5. That Plantiff, The HS 97 Trust, u/a/d 12/22/1997, by and through Dr. Phillip S. Stone as a fiduciary and trustee is a citizen of the State of Arkansas and the United States.

6. That the Defendant is the United States through the actions, omissions and conduct of the United States Corp of Engineers.

## STATEMENT OF FACTS

7. That Plaintiff, The Elizabeth Stone Trust is the owner in fee simple title to lands situated in Section 33, Township 3 South, Range 1 East, Monroe County, Arkansas.

8. That the Plaintiff, The HS 97 Trust , u/a/d12/22/1997is the owner in fee simple title to lands situated in Section 33, Township 3 South, Range 1 East in Monroe County, Arkansas.

9. That the Plaintiffs' property is adjacent to one another and over a period of time has been subjected to gradual, periodic and intermittent flooding from backwater from Big Cypress Creek as a tributary of the Arkansas River.

10. That the gradual, periodic and intermittent flooding has caused damage to standing timber, loss of regeneration and growth of aquatic vegetation such as buck brush rendering the property unusable for intended uses constituting a taking of the Plaintiff's property without just compensation in violations of the Fifth Amendment to the United States Constitution.

11. That the losses sustained by the Plaintiffs were a direct and proximate result of the gradual, periodic and intermittent flooding caused by the Defendant through the U.S. Corp of Engineers' use of flood control devices and procedures on the Arkansas River System.

12. That the Defendant through the U.S. Corp of Engineers uses the Arkansas River System to control flood waters for the public benefit, however the resulting gradual, periodic and intermittent flooding of the Plaintiffs' lands for public benefit constitutes a taking without just compensation contrary to the Fifth Amendment to the United States Constitution for which they demand compensation.

13. Although the Defendant's action are ongoing, in late 2005, Plaintiffs became aware that the resultant damage was caused by the Defendant's actions resulting in the gradual, periodic and recurring flooding affecting Plaintiffs' lands at which time they took action to determine the nature and extent of the taking which had not become clear and ascertainable until that time.

14. That damages suffered by the Plaintiff, the Elizabeth Stone Trust for timber losses and regeneration losses were determined to be $ 24,735.00.

15. That damages suffered by the Plaintiff the HS 97 Trust, u/a/d 12/22/1997 for timber and regeneration losses were determined to be $ 65,373.00.

ADMINISTRATIVE PROCEEDINGS

16. That on the 27th day of March, 2006 both Plaintiffs filed an administrative claim with the U.S. Corp of Engineers for the sums set forth herein.

17. That on the 9th day of October, 2007, the U.S. Corp of Engineers issued a written final decision informing the Plaintiffs that their respective claims were not compensable and thereby denied.

DEMAND FOR JUDGMENT

WHEREFORE, Plaintiffs pray for judgment as follows:

A) Plaintiff the Elizabeth Stone Trust the trust prays judgment for $ 24,735.00 over and against the Defendant, plus its costs, attorneys fees and for all other relief for which it may prove itself entitled.

B) Plaintiff, the HS Stone 97 Trust prays judgment for $ 65,373.00 over and against the Defendant, plus its costs, attorneys fees and for all relief for which it may prove itself entitled.

Dated this 21st day of November, 2007.

THE ELIZABETH STONE TRUST BY
AND THROUGH ELIZABETH STONE,
TRUSTEE; AND
THE HS 97 TRUST, U/A/D 12/22/1997, BY
AND THROUGH DR. PHILLIP S. STONE,
TRUSTEE
PLAINTIFFS

BY: William R Mayo

WILLIAM R. MAYO, ABA# 80092
Their Attorney
P.O. Box 1385, 1 W. Mountain Street

**Fayetteville, AR 72702 1385**
**Tel. 479.444.9323/FAX 479.444.9326**
**Email: wmayo@legalingles.com**