RECEIVED
NOV 26 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
The Elizabeth Stone Trust
The HS 97 Trust, u/a/d 12/22/1997
If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

07-822 L

Name of the attorney of record (See RCFC 83.1(c)): William R. Mayo
Firm Name: Mayo Law Offices
Post Office Box: P.O. Box 1385
Street Address: 1 West Mountain Street
City-State-Zip: Fayetteville, Arkansas 72702 1385
Telephone & Facsimile Numbers: 479.444.9323/Fax 479.444.9326

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes □ No

Does the attorney of record have a Court of Federal Claims ECF account? □ Yes ■ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions

Nature of Suit Code: [5] [1] [2]
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: [A] [R] [M]
See attached sheet for three-digit codes.

Amount Claimed: $$ 24,735.00 and $ 65,373.00 respectively
Use estimate if specific amount is not pleaded

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? □ Yes ■ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? □ Yes ■ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? □ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.