# In the United States Court of Federal Claims

* * * * * * * * * * * * * *
THE ELIZABETH STONE TRUST BY AND THROUGH ELIZABETH STONE TRUSTEE; et al.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * *

Docket No. 07-822L

Filed: March 19, 2008

ORDER OF REASSIGNMENT

Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, which permits reassignment of a case if necessary for the efficient administration of justice, this case is transferred to Judge Christine O.C. Miller with her consent.

IT IS SO ORDERED.

s/Robert H. Hodges., Jr.
Robert H. Hodges, Jr.
Judge